# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. _____

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining]

Ticey Hayes #369942

SCANNED at and Emailed MWCI
10/26/18 by H  23 pages
date   initials   No.

VS.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title if you know it.]

Director of Security Antonio Santiago
SRG Coordinator John Aldi
Lt. J. Russell
DHO ~~John Doe~~ King
District Administrator Edward Maldonado
Warden Mulligan
(All individuals are being sued in their individual and official capacity.)

Complete every section and **SIGN THE LAST PAGE.**

*Revised 4/13/18*

## A. JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1. ____✓____ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2. _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B. PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages. Provide items a, b, and c for each plaintiff.

1. First Plaintiff
   a. Full Name: Ticey Hayes
   b. Inmate Number: 369947
   c. Correctional facility: MWCI

2. Second Plaintiff
   a. Full Name:
   b. Inmate Number:
   c. Correctional facility:

## C. DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than one person, attach additional pages. Provide items a, b, and c for each defendant.

1. First Defendant
   a. Full Name: Antonio Santiago

Revised 4/13/18

2

   b. Rank or Title: Director of Security
   c. Workplace: 24 Wolcott Hill Rd, Wethersfield, CT 06109

2. Second Defendant
   a. Full Name: John Aldi
   b. Rank or Title: SRG Coordinator
   c. Workplace: 24 Wolcott Hill Rd, Wethersfield, CT 06109

3. Third Defendant
   a. Full Name: J. Russell
   b. Rank or Title: Lieutenant
   c. Workplace: New Haven CC

4. Fourth Defendant
   a. Full Name: ~~████~~ King
   b. Rank or Title: Hearing Officer
   c. Workplace: 24 Wolcott Hill Rd, Wethersfield, CT 06109

5. Fifth Defendant
   a. Full Name: Edward Maldonado
   b. Rank or Title: District Administrator
   c. Workplace: 24 Wolcott Hill Rd, Wethersfield, CT 06109

6. Sixth Defendant
   a. Full Name: Mulligan
   b. Rank or Title: Warden
   c. Workplace: MWCI

## D. REASON FOR COMPLAINT

**WARNING:   Contact Inmate Legal Aid Program.   Common mistakes can get your**
*Revised 4/13/18*

3

**case dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

1. Failure to use the prison grievance process before suing. If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2. Complaining about incidents that happened a long time ago: If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3. Suing people who were not personally involved: You can generally only sue defendants who were directly involved in harming you. In order to sue a supervisor, you must usually show that the supervisor knew about the actions of other defendants and failed to stop them.

4. Suing defendants who have immunity to suit for money damages: You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first. If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5. Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison. If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. See *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice and will not appoint a lawyer for you until it is clear that you have a good legal claim. Until then, your best strategy is to call the Inmate Legal Aid Program before you file a complaint. If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Now you need to explain how your federal rights were violated (remember that not every
*Revised 4/13/18*

violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is who did what, when they did it, and how you were harmed.

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

Here is an example of the proper way to describe your claims:

Example of Statement of Case
1. On April 12, 2015, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant CO Brian Smith to let me see the nurse. Defendant CO Brian Smith told me that I could not see the nurse because it was not an emergency.
3. During the afternoon, my foot became swollen and very painful.
4. At about 5 p.m., in the presence of my cellmate Bill Bloggs, I told Defendant Lieutenant Jane Doe, who was the shift supervisor, that I needed a doctor and showed her my swollen foot.
5. Defendant Lieutenant Jane Doe brought me two Tylenol and told me that I could not see the nurse until sick call the next morning.
6. The next day, I could not get out of bed because my foot was so swollen and painful. I had to go to hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.
Now describe your claims.

Statement of Case

1. On July 23, 2018 I was incarcerated in New Haven CC.

2. On July 25, 2018 at 12 p.m. I was brought to RHU pending SRG Affiliation.

3. On 7-26-18 I went to a hearing.

Revised 4/13/18

5

4. DHO King did not follow protocol & designated me without a ticket nor a chance to make a plea.

5. DHO King designated me based on pictures & statuses thats on my social media.

6. In 2013 I was designated once and finished the SRG program successfully.

7. Now I'm being designated for the second time. I must do two (2) years before I can go to population.

8. My fashion and grammar in the streets has nothing to do with me inside of jail.

9. Prison officials are violating my free speech by punishing me for my social media.

10. I am not a gang member and need to be in general population. I am in danger being here.

If you need more space, attach additional pages, but be as brief as possible.

### E. REQUEST FOR RELIEF

Tell the court what kind of relief you want. **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must request a Writ of Habeas Corpus.

Revised 4/13/18

6

## Statement of Facts continued.

11. After DHO King designated me I was sent to Walker C.I. Phase 2.
12. In Walker C.I Phase 2 it is torture.
13. I'm only allowed 3 showers a week.
14. They took away my t.v., cd. player, cd's, and hotpot, which I bought from commissary.
15. I spend 23 hours a day in a small cell and 24 hrs on Saturday and Sunday.
16. There is no contact visits, no congregate meals, religious, educational, or social programming.
17. There are absolutely no programs to better inmates here.
18. There is no hot water in my cell to cook my food I purchase in commissary. I'm forced to prepare my food, coffee, and tea in lukewarm water when I have a hotpot in my property to warm my food, coffee and tea up.
19. I'm forced to go to recreation in inclement weather and if I choose not to I don't receive my rec. There is no dayroom rec where I can sit down and play chess, cards, uno etc.
20. There is no T.V. in the dayroom where I can watch t.v.
21. When it is pouring rain and I go to rec I have nothing to cover my head. C/O's have a little roof they sit under. I can become sick and always come inside soaking wet.
22. In B2 unit top tier showers there are 3 showers where there are huge puddles inside from the last inmate who showered.
23. The color of the water is brown when I step inside, and I'm compelled to shower in these conditions where blood, dirt, feces, etc is floating in this dirty water.
24. In phase 2 I'm only allowed to use the telephone 3 times a week to talk

1.

to my family, but it is not enough to talk for only 15 min three times a week, as opposed to 6 calls a day inmates receive a day in population.

25. I'm being housed in these conditions of confinement, which is causing me psychological harm, stress, misery and depression.

26. On top of all this deliberate indifference gang members began threatening me and said they would kill me.

27. Prison officials placed me in this setting when I am not a gang member. They have put me in harms way.

28. I'm forced to live amongst violent gang members - pretending, bending to their will and putting my pride to the side.

29. Prison officials aren't ensuring my safety

30. Prison officials aren't doing nothing to stop gang members from continuing their ways.

31. They are doing nothing for me here - the ones that watch over me just see me as a body to hold hostage for monetary gain.

32. There is no reason to place me here where I'm a pretrial detainee housed around convicted prisoners.

33. In Walker C.I Phase 2 I am placed in a ticket group when I don't have a ticket.

34. I must stay in Phase 2 for 5 months in order to progress to the next phase, enduring these conditions of confinement.

35. I can only have immediate family visit me while general pop can have anyone come see them.

36. I don't know what my conditions of confinement have to do with being housed in the SRG unit. This is cruel and unusual.

37. This is all torture to me and anyone housed in this setting, which puts

2.

an Atypical and significant hardship.

38. Prison officials schemed on me all because I'm practicing my freedom of speech on social media. That is illegal.

## LEGAL CLAIMS

1. Defendant Russell placed me in RHU pending investigation for SRG without due process. Defendant Russell stated that New Haven intelligence unit had pictures and statuses of me on social media. Defendant Russell violated my 1st, 14th and 5th Amendments to the U.S. Constitution. There are no D.O.C. Directives that states inmates who enter prison are to be designated because of freedom of expression on social media. Moreover, defendant Russell did not give me a ticket. Defendant Russell also violated Sec. 4, Sec. 5, Sec. 7, Sec. 8, Sec. 9 and Sec. 20 of the Connecticut Constitution Article First. I am a pretrial detainee.

2. Defendant King did not give me a chance to make a plea or hear my side of the story to challenge it. There was no ticket to sign he just designated me. King was being arbitrary and capricious. There are no D.O.C Directives that states inmates who enter prison are to be designated because of freedom of speech on there social media account. Defendant King violated my 1st, 5th and 14th Amendment to the U.S. Constitution. King was deliberate indifferent to my civil rights because he knew that social media had nothing to do with D.O.C and disregarded my rights thinking that I was a naive kid. Defendant King also violated Sec. 4, Sec. 5, Sec. 7, Sec. 8, Sec. 9, and Sec. 20 of the Connecticut Constitution Article First.

3.

## LEGAL CLAIMS

3. Defendant Maldonado violated my rights by witnessing the misconduct, failing to correct the misconduct, and encouraging the misconduct of his subordinates. Defendant Maldonado denied my appeal and stated that based on my Facebook postings that I'm affiliated with SRG Bloods. Defendant Maldonado violated my 1st Amendment right to Freedom of speech and expression, 14th Amendment & 5th Amendment to the U.S. Constitution. Defendant Maldonado referenced Administrative Directives 6.14. There is nothing in that directive or any directive in the D.O.C that states the D.O.C. can go to a prisoners social media page and designate him based on his freedom of speech - that is preposterous. Defendant Maldonado also violated Sec. 4, Sec. 5, Sec. 7, Sec. 8, Sec. 9 and Sec. 20 of the Connecticut Constitution Article First.

4. Defendants Aldi and Santiago are the overseers of Russell, King and Maldonado. Defendants Aldi and Santiago are well aware of this well-oiled scheme to violate prisoners rights, and are failing to correct the illegal misconduct, & encouraging the illegal misconduct, which in turn is violating Plaintiff's 1st, 14th and 5th Amendment to the U.S. Constitution. Also, Sec 4, Sec. 5, Sec. 7, Sec. 8, Sec. 9, and Sec. 20 of the Connecticut Constitution Article First. Defendants Aldi and Santiago have a well-oiled so-called SRG program that is housing prisoners in atypical and significant hardship, violating their civil rights, by compelling their subordinates to use ready-made language and denying them a chance to challenge their designation. There are many other inmates who are going through the same depravity. The longer

4.

## LEGAL CLAIMS

A prisoner stays in the SRG program the more money D.O.C. receives from the feds.

5. Defendant Warden Mulligan is housing me in living conditions where sane men convert to insane, and pushes the mentally unstable over the precipice of madness. The current living conditions is taking a toll on my mental putting me through psychological harm, stress, and severe Depression. Defendant Mulligan is violating my rights under the 1st and 8th Amendment to the U.S. Constitution. Mulligan is exercising deliberate indifference to my health and safety by housing me in these horrible and inhumane conditions of confinement where its causing me psychological harm, which is punishable under the 8th Amendment to the U.S. Constitution.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully prays that this court enter judgment:

1. Granting Plaintiff Hayes a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United States, and

2. A preliminary and permanent injunction ordering defendant Mulligan to cease the inhumane conditions of confinement, and

5.

3. Granting Plaintiff Hayes compensatory damages in the amount of $75,000 against each defendant, jointly and severally.

4. Granting plaintiff punitive damages in the amount of $30,000. Plaintiff Hayes seeks those damages against each defendant, jointly and severally.

5. Plaintiff also seeks recovery of their costs in this suit, and

6. Plaintiff also seeks to waive all cost of incarceration, and

7. Any additional relief this court deems just, proper, and equitable.

6.

F.     DO YOU WISH TO HAVE A JURY TRIAL?    YES ✓   NO ____

G.     **DECLARATION UNDER PENALTY OF PERJURY**

Warning: You must sign this or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: X *Tony Hayes*

Signed at    MWCI          on   X 10·19·2018
               (Location)                        (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff**.

H.     **FINAL INSTRUCTIONS**

WARNING: Your complaint will not be filed unless you complete each of these steps:

     1.     Answer all questions on the complaint form.

     2.     Sign the Declaration under Penalty of Perjury on p. 7

Remember, the Clerk cannot file your complaint unless you take all of the steps above.

Revised 4/13/18

**7**



# STATE OF CONNECTICUT
## *DEPARTMENT OF CORRECTION*
### *South District Office*
### *944 Highland Ave*
### CHESHIRE, CONNECTICUT 06410

*Edward Maldonado*
*District Administrator*

*August 10, 2018*

*Mr. Ticey Hayes #369942*
*New Haven Correctional Center*
*245 Whalley Avenue,*
*New Haven, CT 06511*

*Dear Mr. Hayes:*

*This letter acknowledges receipt of your Security Risk Group Member Designation appeal received August 8, 2018. You are appealing your designation to the Security Risk Group Bloods.*

*An extensive review of your request for a Security Risk Group Designation Appeal was completed. It is apparent that the Hearing Officer's finding is reasonable and based on information and evidence presented at a formal hearing. Documentation submitted to the presiding Hearing Officer by the New Haven Intelligence unit substantiates that you are clearly shown on Facebook displaying "Blood" hand signs with a red bandana, to include other photos and posts that that have gang identifiers that associate you as being a "Blood". Therefore, it has been determined that you meet the criteria, as described in A.D. 6.14, Security Risk Group, to affiliate you as a Security Risk Group member.*

*My conclusion is that no serious due-process failure occurred in the disposition of your security risk group affiliation designation and nothing could be found to support any modification of the Hearing Officer's decision. For these reasons your designation as a "Blood", in accordance with A.D. 6.14, Security Risk Groups is upheld and your designation will remain.*

*Be advised that the decision at the District level shall not be subject to further appeal.*

*Sincerely,*

*Edward Maldonado*
*District Administrator*

*EM/db*

*C:   Warden Feliciano*
*     Disciplinary Coordinator*
*     Remedies Coordinator*
*     File*

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: Tracy Hues | |
|---|---|---|
| | Inmate number: 9600... | Housing: FC12 |

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

On July 25, 2018, wensday, I was placed in FUI Pending SR9 because of pictures & statuses that on my social media. On July 26, 2018 Thursday, [illegible handwriting continues for several lines, largely illegible]... Now [illegible]... I am not a gang member. My rights are being [illegible]... [illegible]... In is dance in SRG

Inmate signature: [signature]     Date: 7-28-2018

- For all remedies except health services, deposit this form in the **Administrative Remedies box**.
- For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received: RECEIVED AUG 08 2018    IGP #:    T#:

Disposition: Denied    Date of Disposition: 8/10/18

Reason: See attached—

☐ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to:

Signature: DA [signature]    Date: 8/10/18



# Restrictive Housing Unit Status Order
## Connecticut Department of Correction

CN 9401/1
REV 6/16/16

Facility/Unit: **New Haven Correctional Center**

Inmate name: **Hayes, Ticey**

Inmate numb·

## SECTION 1 - STATUS
### Placement in Restrictive Housing Unit (check and date the appropriate description).

| | Status | Date |
|---|---|---|
| ☐ | Transfer Detention | |
| ☒ | ***Administrative Detention*** | *07/25/2018* |
| ☐ | Punitive Segregation | |
| ☐ | Administrative Segregation | |
| ☐ | Administrative Segregation Transition | |
| ☐ | Special Needs Management | |
| ☐ | Chronic Discipline | |
| ☐ | Special Circumstances Status | |

## SECTION 2 - REASON FOR PLACEMENT

The inmate's/my continued presence in the general population poses a serious threat to life, property, self, other inmates, and/or the security of the facility because: **Inmate Hayes, Ticey #369942 is being placed in RHU on Administrative Detention status pending SRG Affiliation.**

Supervisor signature: *LT. J. Russell*    Date: *07/25/2018*

Inmate given copy of this form:   Time: *12:00*   ☐ am   ☒ pm   Date: *07/25/2018*